82,981;02,03,04

# INMATE DECLARATION

I, <u>LOWELL GREEN</u>, am the applicant and being presently incarcerated in <u>Texas Dept. of Corrections at H.H. COFFIELD UNIT</u>, declare under penalty of perjury that, according to my belief, the facts stated in the letter are true and correct.

Signed on <u>MARCH 23, 2015.</u>

<u>LOWELL DEQUINCY GREEN</u> / _Lowell D. Green_
Signature of Applicant

**RECEIVED IN
COURT OF CRIMINAL APPEALS**

MAR 26 2015

Abel Acosta, Clerk

To The Honorable Court of Criminal Appeals

Re: Lowell Dequincy Green "Tr. Ct. No. 2012-709-C2A WR-82,981-02", "Tr. Ct. No. 2012-790-C2A WR-82-981-03", "Tr. Ct. No. 2012-791-C2A WR. 82-981-04."

Applicant move the Court to take notice of the "IN-EFFECTIVENESS" and attorney/client relationship" Confidentiality, whereas, I requested that attorney Lawrence Johnson turn over any and all reports, compliants and any paperwork in reference to my cause's listed above. However, attorney Lawrence Johnson forward these defendant's documents to me. I contacted the 54th District Court Judge Matt Johnson informing him of these documents, the court refused to respond, moreover, I contacted attorney Lawrence Johnson and he refused to respond. Therefore, I am forwarding these documents to this Honorable Court for disposition of these paper's. Applicant acknowledge to this Court that he knows neither defendant and that these documents was forward to Applicant on 10-21-2014 by attorney Lawrence E. Johnson. addressed and logged in by the unit Mailroom on the James V. Allred unit applicant former unit of assignment.

Lowell Green 518622

Lowell Green

# Warrant

Warrant No: **A 39,558**        Waco PD Case No: **12-5102**

The State of Texas

Vs. **Rozell Lanaier Harbert**

Race: **Black**   Sex: **Male**    DOB: **01/26/1973**

Charge: **Failure to Comply w/ Registration Requirements by Registered Sexual Offender CCP Article 62.102 - - 3rd Degree Felony**

Issued on the 20th day of MARCH 2012

By:   Judge [signature]

Waco Municipal Court, McLennan County, TX

Bond:  To be set at Arraignment by Magistrate

## The State of Texas

**To any Sheriff or any other Peace Officer of Texas greeting:**

Whereas, complaint in writing has been filed before the undersigned Judge of the Waco Municipal Court, McLennan County, on the oath of Detective Michael R. Alston that **Rozell Lanaier Harbert** in said County and State, on or about the **26th** day of **February, 2012**, did then and there unlawfully commit the offense of:
**Failure to Comply w/ Registration Requirements by Registered Sexual Offender**
**CCP Article 62.02 - - 3rd Degree Felony**
You are hereby commanded to take the body of said **Rozell Lanaier Harbert** forthwith, bringing **him** before said Judge of the Municipal Court in Waco, McLennan County, then and there to answer the aforesaid complaint and to be further dealt with according to law.

Herein fail not, but have you then and there this Warrant with your endorsement thereon, showing how you have executed the same.

Given under my official hand, this 20th day of MARCH 2012

[signature]
Judge, Waco Municipal Court, McLennan County, Texas

Came to hand on the 23 day of March , 2012
and executed on the 23 day of March , 2012 by
arresting the within named defendant and incarcerating him at McLennan County Jail

by: _Robert Lanning #222 WPD_

_____
Sheriff, McLennan County, TX

Fees:  Arrest: _____  Bond: _____  Release: _____  Mileage: _____  Commitment: _____
Total: _____

FILED

2012 AUG -8 PM 2: 13

KAREN C. MATKIN
DISTRICT CLERK
MCLENNAN CO. TX.

DEPUTY _Crystal Howard_



TERRY MONTREAL GETTER

D.O.B.: 12/17/1975

CID#: 149328

SID#: 5849808

AGGRAVATED ASSAULT - COUNT I(F2);
TERRORISTIC THREAT - COUNT II (F3)

Code: 22.02, Texas Penal Code – Count I;
22.07, Texas Penal Code – Count II

Booking#: 852167 (on both counts)

Bond Amount:

## Cause No. 2012 - **1410** -C 1

# TRUE BILL OF INDICTMENT

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

The Grand Jurors of McLennan County, State of Texas, duly organized at the July Term, A.D., 2012, of the 19th Judicial District Court of said county, upon their oaths do present that **TERRY MONTREAL GETTER**, hereinafter called Defendant, on or about the 21st day of June, A.D. 2012 in said county and state did then and there intentionally or knowingly threaten **DESHAUN CARTER** with imminent bodily injury by speaking aggressively, and did then and there use or exhibit a deadly weapon, to-wit: a knife during the commission of said assault,

## COUNT II

And it is further presented in and to said Court that the said **TERRY MONTREAL GETTER** in the County of McLennan and State aforesaid on or about the 21st day of June, A.D. 2012, did then and there threaten to commit an offense involving violence to a person, namely, Aggravated Assault or Murder, with intent to place the public or a substantial group of the public in fear of serious bodily injury,



AGAINST THE PEACE AND DIGNITY OF THE STATE.


Abelino Reyna
Criminal District Attorney
McLennan County, Texas

Foreman of the Grand Jury